UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL CASTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11 C 7359 |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | Judge CONLON |
| Officer LUIS D. CONTRERAS, Chicago ) | |
| Police Officer SUSANA LA CASA, ) | |
| Chicago Police Officer MICHAEL EDENS, ) | |
| Chicago Police Officer GREGORY ) | |
| SWEENEY, AND UNKNOWN CHICAGO ) | |
| POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S SUPPLEMENT TO ITS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Defendant City of Chicago[1] hereby seeks to supplement its Response to Plaintiff's Motion to Compel and states as follows:

1. Plaintiff, Miguel Castillo filed his Motion to Compel, (docket no. 53), seeking, among other things, an order compelling the City to produce portions of the IAD file not produced; specifically, the Summary Report relating to the Complaint Register ("CR") investigation of the incident at issue in this lawsuit.

2. Upon further investigation, Defendant City, by its undersigned counsel, withdraws its objections to producing the withheld documents from the underlying CR and has agreed to produce these documents subject to the protective order in this case.

---

[1] Defendant City has filed an unopposed motion, (docket no. 72), to allow the substitution of the undersigned counsel in place of current counsel. Said motion is set for hearing before Judge Conlon on April 17, 2012, (docket no. 73).

3.  The undersigned has already discussed this issue with counsel for Plaintiff and seeks, by way of this filing, to inform the Court that this portion of Plaintiff's Motion to Compel has now been resolved.

WHEREFORE, for the foregoing reasons, Defendant City of Chicago respectfully requests this Court deny the portion of Plaintiff's motion to compel seeking the summary report of the CR file because that issue is now moot.

                                                Respectfully submitted,

                                                City of Chicago,

By:   *s/ Eileen E. Rosen*
       One of their Attorneys

Eileen E. Rosen
Rock Fusco & Connelly, LLC
321 North Clark Street
Suite 2200
Chicago, Illinois 60654
(312) 494-1000

2

## **CERTIFICATE OF SERVICE**

I, Eileen R. Rosen, an attorney, certify that on April 12, 2012, I served this document by ECF electronic filing to all parties of record.

                                                 *s/ Eileen E. Rosen*
                                                  Eileen E. Rosen