Miguel Angel Castillo

                Plaintiff,

v.                                               Case No.: 1:11−cv−07359
                                                 Honorable Suzanne B. Conlon

The City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 1, 2012:

      MINUTE entry before Honorable Arlander Keys: Extensive settlement conference held. A tentative settlement was reached with one non− monetary issue left outstanding, which the parties will discuss in the next few weeks in an attempt to reach a resolution. The terms of the tentative settlement agreement was stated on the record. The parties filed a consent form to proceed before this Court for all further proceedings. Status hearing set for 6/13/2012 at 9:00 a.m. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.