CC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL CASTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 11 cv 7359 |
| ) | |
| CITY OF CHICAGO, Chicago Police ) | Hon. Arlander Keys |
| Officer LUIS D. CONTRERAS, ) | |
| Chicago Police Officer SUSANA LA CASA, Chicago ) | JURY TRIAL DEMANDED |
| Police Officer MICHAEL EDENS, ) | |
| Chicago Police Officer GREGORY SWEENEY, and ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Miguel Angel Castillo, by one of his attorneys, Anand Swaminathan, and defendants, Luis D. Contreras, Susan LaCasa, Michael Edens and Gregory Sweeney, by one of their attorneys, Eileen Letts, and defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Miguel Angel Castillo, against defendants, City of Chicago, Luis D. Contreras, Susan LaCasa, Michael Edens and Gregory Sweeney, are dismissed with prejudice and with costs and attorneys' fees to be determined in accordance with the terms of the Release and Settlement Agreement.

Eileen Rosen
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000
Attorney No. 6217428

ENTER: _Arlander Keys_
The Honorable Arlander Keys
United States District Judge

DATED: September 24, 2012